```
                                      USDC SDNY
                                      DOCUMENT
                                      ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT          DOC #:
SOUTHERN DISTRICT OF NEW YORK         DATE FILED: 10/23/2014
---------------------------------------X
In re:

LIBOR-Based Financial Instruments              O R D E R
Antitrust Litigation.
                                           11 MD 2262 (NRB)

This Document Applies to: All Cases

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Order dated on October 14, 2014 (ECF No. 691) was posted entirely in error. The Court regrets the confusion caused by this error.

The subject of the the conference to be held on October 27, 2014, is, as our Endorsement of October 21, 2014, made clear, strictly limited to the proposed settlement between the Exchange-Based Plaintiffs and Barclays.

The Court intends to address the motions already scheduled and the anticipated motions addressed to the newly defined putative classes before commencing any discovery.

**IT IS SO ORDERED.**

Dated:  New York, New York
        October 23, 2014

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE