~~Under~~ **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MASTER FILE 11 MDL 2262 (NRB) 11 Civ. 2613 (NRB) |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS ACTION | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/12/2016

## [PR~~OPOS~~ED] ORDER

This Order addresses the under seal submissions by the Exchange-Based Plaintiffs ("Plaintiffs") on January 5, 2016, which contain references to and excerpts from the transcripts of testimony from the proceedings in the criminal trial in the United Kingdom known as *In the Southwark Crown Court v. Read, et al.*, Case Nos. T20147566, T20137369, T20137370, T20147183 (the "*Read* trial"). *See* ECF Nos. 1286, 1287-2, 1287-3.

Plaintiffs represent that they obtained the *Read* trial transcripts pursuant to the express agreement with the Southwark Crown Court to comply with an Order of the Southwark Crown Court (the "Order") to limit public use by the press and media of certain portions of the trial testimony in *In the Southwark Crown Court v. Hayes*, Case No. T20137308, to protect the *Read* defendants on trial in the United Kingdom. The Order, which is attached as Exhibit A, provides restrictions on reporting of the information in the *Hayes* trial, including the conviction of Tom Hayes and the names, nicknames or reference to employers of the *Read* defendants until the conclusion of the *Read* trial.

All parties are directed to adhere to the publication restrictions imposed by the *Read* trial court. Plaintiffs are ordered to serve all Defendants in the Exchange-Based action with unredacted versions of Plaintiffs' January 5, 2016 submissions to the Court.

IT IS SO ORDERED.

Dated: New York, New York
       January 11, 2016

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE