UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11 MD 2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>CREDIT SUISSE GROUP AG, *et al.*, <br><br>Defendants. | No. 11 Civ. 2613 |

**EXCHANGE-BASED PLAINTIFFS' NOTICE OF MOTION FOR AN ORDER PRELIMINARILY APPROVING PLAN OF DISTRIBUTION FOR SETTLEMENTS WITH DEFENDANTS BARCLAYS, CITIBANK, DEUTSCHE BANK, AND HSBC**

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, Exchange-Based Plaintiffs will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order preliminarily approving a Plan of Distribution of the settlement funds.

Submitted herewith in support of Exchange-Based Plaintiffs' motion are: (i) the Memorandum of Law in Support of Exchange-Based Plaintiffs' Motion for Preliminary Approval of Plan of Distribution for Settlements with Defendants Barclays, Citi, Deutsche Bank,

and HSBC (ii) the Declaration of Gary S. Jacobson, Esq.; (iii) the Declaration of Kenneth R. Feinberg; and (iv) the [Proposed] Order Preliminarily Approving Plan of Distribution.

Dated: December 11, 2017

        **LOVELL STEWART HALEBIAN JACOBSON LLP**

        By: */s/ Christopher Lovell*
        Christopher Lovell
        Gary S. Jacobson
        Jody R. Krisiloff
        61 Broadway, Suite 501
        New York, NY 10006
        Telephone: (212) 608-1900
        clovell@lshllp.com
        gsjacobson@lshllp.com
        jkrisiloff@lshllp.com

        **KIRBY McINERNEY LLP**
        David E. Kovel
        Karen Lerner
        Thomas W. Elrod
        825 Third Avenue, 16th Floor
        New York, NY 10022
        Telephone: (212) 371-6600
        dkovel@kmllp.com
        klerner@kmllp.com
        telrod@kmllp.com

        *Interim Co-Lead Class Counsel for the Exchange-Based Plaintiffs*