UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/21/2018

In re LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

Case No. 11-md-2262-NRB

THIS DOCUMENT RELATES TO: ALL ACTIONS

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Bank Dublin plc (n/k/a J.P. Morgan Dublin plc) (f/k/a Bear Stearns Bank plc), J.P. Morgan Securities LLC, J.P. Morgan Markets Limited (f/k/a Bear Stearns International Ltd.), Bear Stearns Capital Markets, Inc., and Chase Bank U.S.A., N.A. (collectively, "JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

So Ordered

*/s/ Naomi Reice Buchwald*
USDJ

February 21, 2018

Dated: New York, New York
February 14, 2018

                    Respectfully submitted,

                    SIMPSON THACHER & BARTLETT LLP

By: /s/ Paul C. Gluckow
Mary Beth Forshaw (mforshaw@stblaw.com)
Paul C. Gluckow (pgluckow@stblaw.com)
Alan C. Turner (aturner@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Abram J. Ellis (aellis@stblaw.com)
900 G Street, NW
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

*Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Dublin plc, J.P. Morgan Securities LLC, J.P. Morgan Markets Limited, Bear Stearns Capital Markets, Inc., and Chase Bank U.S.A., N.A.*