Case 1:11-cv-02613-NRB   Document 508   Filed 03/24/17   Page 4 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:<br>LIBOR-Based Financial Instruments<br>Antitrust Litigation | ) ) ) ) ) | MDL No. 2262 |
| THIS DOCUMENT RELATES TO:<br>METZLER INVESTMENT GmbH, et al., *et al.*,<br>Plaintiffs,<br>v.<br>CREDIT SUISSE GROUP AG, *et al.*,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-CV-2613<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>FOR ELLEN MERIWETHER, ESQ. |

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/18

The Motion of Ellen Meriwether for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the Eastern District of Pennsylvania and that her contact information is as follow:

> Ellen Meriwether
> Cafferty Clobes Meriwether & Sprengel, LLP
> 1101 Market Street, Suite 2650
> Philadelphia, PA  19107
> T: 215-864-2800
> F: 215-864-2810
> emeriwether@caffertyclobes.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Atlantic Trading USA, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Date: ~~March~~ February 27, 2018

United States District Judge
Southern District of New York

(The Clerk of Court is directed to close this motion.)