| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Davis Polk**

**Edward Fu**

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017

212 450 4916 tel  
212 701 5916 fax  
edward.fu@davispolk.com

July 30, 2018

<u>Via ECF</u>  
The Honorable Naomi Reice Buchwald  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

Re:   *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11-MD-2262 (NRB)

Dear Judge Buchwald:

Davis Polk & Wardwell LLP represents defendants Bank of America Corporation, Bank of America, N.A., Banc of America Securities LLC (n/k/a Merrill Lynch, Pierce, Fenner & Smith, Inc.), Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Capital Services, Inc., and Merrill Lynch International Bank Ltd. in the above-referenced action. As of July 17, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

 /s/ Edward Fu_____  
Edward Fu

cc:  All Counsel of Record (via ECF)

SO ORDERED. DATE: _____

_____  
U.S.D.J.