UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al. <br><br> Defendants. | No. 11 Civ. 2613 |

**EXCHANGE-BASED PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE REVISED PLAN OF DISTRIBUTION**

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, in the Courtroom of the Honorable Naomi Reice Buchwald, Exchange-Based Plaintiffs[1] will, and hereby do, move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order preliminarily approving the Revised Plan of Distribution of the Settlement funds.[2]

---

[1] "Exchange-Based Plaintiffs" are Metzler Asset Management GmbH (f/k/a Metzler Investment GmbH), FTC Futures Fund SICAV, FTC Futures Fund PCC Ltd., Atlantic Trading USA, LLC, 303030 Trading LLC, Gary Francis, and Nathaniel Haynes.

[2] The term "Settlements" refers to the Exchange-Based Plaintiffs' Settlements with Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America"), Barclays Bank plc ("Barclays"), Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. (collectively, "Citi"); Deutsche Bank AG, Deutsche Bank

Submitted herewith in support of Exchange-Based Plaintiffs' motion are: (i) the Memorandum of Law in Support of Motion for Preliminary Approval of the Revised Plan of Distribution; (ii) the Supplemental Declaration of Gary S. Jacobson; and (iii) the [Proposed] Order Preliminarily Approving the Revised Plan of Distribution.

Dated: August 12, 2019

        **LOVELL STEWART HALEBIAN JACOBSON LLP**

        By: */s/ Christopher Lovell*
        Christopher Lovell
        Gary S. Jacobson
        Jody R. Krisiloff
        500 Fifth Avenue, Suite 2440
        New York, NY 10006
        Telephone: (212) 608-1900
        clovell@lshllp.com
        gsjacobson@lshllp.com
        jkrisiloff@lshllp.com

        **KIRBY McINERNEY LLP**

        David E. Kovel
        Karen Lerner
        Thomas W. Elrod
        250 Park Avenue, Suite 820
        New York, NY 10177
        Telephone: (212) 371-6600
        dkovel@kmllp.com
        klerner@kmllp.com
        telrod@kmllp.com

        *Interim Co-Lead Class Counsel*
        *for the Exchange-Based Plaintiffs*

---

Securities Inc., and DB Group Services (UK) Limited (collectively, "Deutsche Bank"), HSBC Bank plc ("HSBC"), and JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan").