```
                                        ┌─────────────────────────────┐
                                        │ DOCUMENT                    │
                                        │ ELECTRONICALLY FILED        │
          UNITED STATES DISTRICT COURT  │ DOC #:_____       │
          SOUTHERN DISTRICT OF NEW YORK │ DATE FILED: 9/4/19          │
                                        └─────────────────────────────┘
```

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al. <br><br> Defendants. | No. 11 Civ. 2613 |

## [PROPOSED] ORDER PRELIMINARILY APPROVING EXCHANGE-BASED PLAINTIFFS' REVISED PLAN OF DISTRIBUTION

This matter having come before the Court by way of Exchange-Based Plaintiffs' Motion for an Order Preliminarily Approving the Revised Plan of Distribution for the Exchange-Based Plaintiffs' Settlements in the above-captioned matter (the "Action") before this Court; and

The Court finding that the proposed Revised Plan of Distribution is reasonable and rational and should be sent to Class Members for review prior to the Fairness Hearing;

**IT IS** on this 4th day of September, 2019:

**ORDERED** that the Motion is **GRANTED** as follows:

1.   Capitalized terms used herein shall have the same meaning as in Exchange-Based Plaintiffs' memorandum in support of the Motion.

2. The Revised Plan of Distribution set forth in Exhibit A to the Supplemental Declaration of Gary S. Jacobson in Support of the Exchange-Based Plaintiffs' Motion for Preliminary Approval of the Revised Plan of Distribution is preliminarily approved. *as modified in accordance with the Court's direction.*

**IT IS SO ORDERED.**

DATED: *September 4, 2019*

*[signature]*
NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

2