UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al. <br><br> Defendants. | No. 11 Civ. 2613 |

**[PROPOSED] ORDER CONCERNING EXCHANGE-BASED PLAINTIFFS' REQUEST FOR: (1) A LIMITED EXTENSION OF THE MAIL NOTICE DEADLINE; (2) PERMISSION TO MAKE A CORRECTION TO THE PLAN OF DISTRIBUTION; AND (3) PROVISION CONCERNING THE LOGISTICS OF THE FAIRNESS HEARING**

This matter having come before the Court by way of the Exchange-Based Plaintiffs' June 17, 2020 letter motion (ECF No. 3103) in the above-captioned matter before this Court;

**IT IS HEREBY ORDERED** that the requested relief is **GRANTED** as follows:

1. The Court extends the mail notice deadlines set forth in paragraphs 9(a) and 9(b) of the Court's Preliminary Approval Order dated March 2, 2020 (ECF No. 3038) by four weeks—from June 2 until June 30, 2020—for notices with destinations currently subject to mailing restrictions or suspensions as a result of the ongoing global health crisis.

2. The Court grants the Exchange-Based Plaintiffs' request to correct the applicable date range for the legal risk period set forth in paragraph 8(a) of the Plan of Distribution (ECF No. 2971-1) to reflect an end date of May 17, 2010.

3. The Court previously scheduled a Fairness Hearing for September 17, 2020 at 11:00 a.m. (ECF No. 3038, ¶2). Without additional notice, the Court may change the Fairness Hearing's date, time, location, or how the Fairness Hearing will be conducted (including by conducting the Fairness Hearing telephonically).

**IT IS SO ORDERED.**

DATED: June 23, 2020

THE HONORABLE NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE