```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
In re:

LIBOR-Based Financial Instruments                    ORDER
Antitrust Litigation.
                                                 11 MD 2262 (NRB)
This Document Applies to:

   Exchange-Based Action                           11 Civ. 2613

-----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the fairness hearing addressing the settlements in the above-captioned class action is scheduled for September 17, 2020 at 11:00 a.m.; and

WHEREAS, no class member has filed an objection to the settlements that are the subject of the fairness hearing; and

WHEREAS, the Exchange-Based Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements; and

WHEREAS, the Court reserved decision on the appropriate format for the fairness hearing (11-MD-2262, ECF No. 3106 ¶ 3); and

WHEREAS, the Court has determined that it is inadvisable to hold the fairness in-person because of health concerns related to the COVID-19 pandemic; it is therefore

**ORDERED** that the fairness hearing shall be conducted telephonically on the date and time that it was previously

scheduled, September 17, 2020 at 11:00 a.m.  Chambers will post dial-in instructions on the MDL and Exchange-Based Action dockets on the morning of September 17, 2020.

Dated:  New York, New York
        September 8, 2020

                                                NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE