

**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820, New York, NY 10177
Tel. 212.371.6600   Fax. 212.751.2540
WWW.KMLLP.COM

September 15, 2020

**VIA ECF & HAND DELIVERY**

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 21A
New York, NY 10007-1312

  Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11 Civ. 2613 (NRB), Master File No. No. 11 MD 2262 (NRB)

Dear Judge Buchwald:

  As attorneys for the Exchange-Based Plaintiffs ("Plaintiffs"), we are respectfully submitting herewith for the Court's consideration in connection with the fairness hearing scheduled to be held on September 17, 2020, [Proposed] Final Orders for Plaintiffs' proposed settlements with Defendants Bank of America Corporation and Bank of America, N.A. (collectively, "BOA"), Barclays Bank plc ("Barclays"), Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. (collectively, "Citi"), Deutsche Bank AG, Deutsche Bank Securities Inc., and DB Group Services (UK) Ltd. (collectively, "Deutsche Bank"), HSBC Bank plc ("HSBC"), JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") and Société Générale ("SG") (collectively "Settlements"). *See* Exhibits 1-6 hereto.

  The enclosed proposed orders are the same as those previously submitted in connection with Plaintiffs' Motion for Final Approval (ECF No. 3141) except: (1) the date of the fairness hearing (*i.e.*, September 17, 2020) in the first sentence of each proposed order has been filled in; and (2) the six opt-outs to the Settlements have been listed on Exhibit A to each proposed order.

           Respectfully submitted,

  */s/ Christopher Lovell*        */s/ David E. Kovel*
  Christopher Lovell          David E. Kovel
  LOVELL STEWART HALEBIAN    KIRBY McINERNEY LLP
  61 Broadway, Suite 501        250 Park Avenue, Suite 820
  New York, New York 10006      New York, New York 10177
  Telephone: (212) 608-1900      Telephone: (212) 371-6600
  Email: clovell@lshllp.com       Email: dkovel@kmllp.com

**KM | KIRBY McINERNEY**

Hon. Naomi Reice Buchwald
September 15, 2020
2

*Interim Co-Lead Counsel for Exchange-Based Plaintiffs and the Proposed Class*

Encls.

cc:     All Counsel of Record (via ECF)