**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262<br>Master File No. 1:11-md-2262-NRB<br><br>**NOTICE AND [PROPOSED]**<br>**ORDER FOR WITHDRAWAL OF**<br>**COUNSEL** |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Mayor and City Council of Baltimore, et al. v. Credit Suisse Group AG, et al.* | No. 11 cv-5450 |
| *Metzler Investment GmbH, et al. v. Credit Suisse Group AG, et al.* | No. 11-cv-2613 |
| *The Berkshire Bank, et al. v. Bank of America, et al.* | Nos. 12-cv-5723<br>13-cv-1016 |
| *Guaranty Bank & Trust Co. v. Credit Suisse Group AG, et al.* | No. 13-cv-0346 |
| *Carl A. Payne, et al. v. Bank of America, et al.* | No. 13-cv-0598 |
| *Bay Area Toll Authority* v. *Bank of America Corp., et al.* | No. 14-cv-3094 |
| *The Regents of the University of California* v. *Bank of America Corp., et al.* | No. 13-cv-5186 |
| *East Bay Municipal Utility District* v. *Bank of America Corp., et al.* | No. 13-cv-0626 |
| *San Diego Association of Governments* v. *Bank of America Corp., et al.* | No. 13-cv-5221 |
| *City of Richmond, et al.* v. *Bank of America Corp., et al.* | No. 13-cv-0627 |
| *City of Riverside, et al.* v. *Bank of America Corp., et al.* | No. 13-cv-0597 |
| *County of Mendocino, et al., v. Bank of America Corp., et al.* | No. 13-cv-8644 |
| *County of Sacramento* v. *Bank of America Corp., et al.* | No. 13-cv-5569 |
| *County of San Diego, et al.. v. Bank of America Corp., et al.* | No. 13-cv-0667 |
| *County of San Mateo, et al. v. Bank of America Corp., et al.* | No. 13-cv-0625 |
| *County of Sonoma, et al.* v. *Bank of America Corp., et al.* | No. 13-cv-5187 |

| | |
|---|---|
| *Darby Financial Products, et al.* v. *Barclays Bank PLC, et al.* | No. 13-cv-8799 |
| *Federal Deposit Insurance Corp. as Receiver for Amcore Bank, N.A., et al.* v. *Bank of America Corp., et al.* | No. 14-cv-1757 |
| *The Federal Home Loan Mortgage Corp.* v. *Bank of America Corp., et al.* | No. 13-cv-3952 |
| *City of Houston* v. *Bank of America Corp., et al.* | No. 13-cv-5616 |
| *City of Philadelphia, et al.* v. *Bank of America Corp., et al.* | No. 13-cv-6020 |
| *George Maragos, in his official capacity as the Comptroller of the County of Nassau, acting on behalf of the County of Nassau* v. *Bank of America Corp., et al.* | No. 13-cv-2297 |
| *National Credit Union Administration Board as liquidating agent for U.S. Central Federal Credit Union, et al.* v. *Credit Suisse Group AG, et al.* | No. 13-cv-7394 |
| *Principal Financial Group, Inc., et al.* v. *Bank of America Corp., et al.* | No. 13-cv-6014 |
| *Principal Funds, Inc., et al.* v. *Bank of America Corp., et al.* | No. 13-cv-6013 |
| *Prudential Investment Portfolios 2, et al.* v. *Bank of America Corp., et al.* | No. 14-cv-4189 |
| *Federal National Mortgage Association* v. *Barclays Bank PLC, et al.* | No. 13-cv-7720 |
| *Charles Schwab Corp., et al.* v. *Bank of America Corp., et al.* | No. 13-cv-7005 |

PLEASE TAKE NOTICE that, upon the annexed declaration of Eric Felleman, and subject to the approval of the Court, Eric Felleman hereby withdraws as counsel for Deutsche Bank AG, Deutsche Bank Financial LLC, DB Group Services (UK) Ltd., and Deutsche Bank Securities Inc. and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matters.  Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG, Deutsche Bank Financial LLC, DB Group Services (UK) Ltd., and Deutsche Bank Securities Inc. in this proceeding.

Dated: January 11, 2021
      New York, New York

                    PAUL, WEISS, RIFKIND, WHARTON &
                      GARRISON LLP

                    By:   /s/ Eric Felleman
                           Eric Felleman
                    1285 Avenue of the Americas
                    New York, NY 10019-6064
                    (212) 373-3000
                    efelleman@paulweiss.com

SO ORDERED:

Hon. Naomi Reice Buchwald, U.S.D.J.

Dated:  New York, New York
           January 12, 2021