UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 <br><br> Master Docket No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JAMIE S. DYCUS IN SUPPORT OF WITHDRAWAL OF WILMER CUTLER PICKERING HALE AND DORR LLP AS COUNSEL OF RECORD** |
| *FTC Capital GMBH et al. v. Credit Suisse Group AG et al.* | No. 11-cv-02613 |
| *Schwab Money Market Fund et al. v. Bank of America Corporation et al.* | No. 11-cv-06412 |
| *Charles Schwab Bank, N.A. et al. v. Bank of America Corporation et al.* | No. 11-cv-06411 |
| *Schwab Short-Term Bond Market Fund et al. v. Bank of America Corporation et al.* | No. 11-cv-06409 |
| *Gelboim v. Credit Suisse Group AG* | No. 12-cv-01025 |
| *The Berkshire Bank v. Bank of America Corporation et al.* | No. 12-cv-05723 |
| *33-35 Green Pond Road Associates, LLC v. Bank Of America Corporation et al.* | No. 12-cv-05822 |
| *Lieberman et al. v. Credit Suisse Group AG et al.* | No. 12-cv-06056 |
| *Courtyard at Amwell II, LLC et al. v. Bank of America Corporation et al.* | No. 12-cv-06693 |
| *Adams et al. v. Bank of America Corp. et al.* | No. 12-cv-07461 |
| *Los Angeles County Employees Retirement Association v. Bank of America Corporation et al.* | No. 13-cv-00398 |
| *Payne et al. v. Bank of America Corporation et al.* | No. 13-cv-00598 |
| *City of Riverside et al. v. Bank of America Corporation et al.* | No. 13-cv-00597 |
| *East Bay Municipal Utility District v. Bank of America Corporation et al.* | No. 13-cv-00626 |
| *County of San Mateo et al. v. Bank of America Corporation et al.* | No. 13-cv-00625 |
| *City of Richmond et al. v. Bank of America Corporation et al.* | No. 13-cv-00627 |

| | |
|---|---|
| *County of San Diego v. Bank of America Corporation et al.* | No. 13-cv-00667 |
| *Guaranty Bank & Trust Company v. Credit Suisse Group AG et al.* | No. 13-cv-00346 |
| *Earle et al.* | No. 13-cv-00407 |
| *County of Riverside v. Bank Of America Corporation et al.* | No. 13-cv-01135 |
| *SEIU Pension Plans Master Trust v. Bank Of America Corporation et al.* | No. 13-cv-01456 |
| *Direcors Financial Group v. Bank of America Corporation et al.* | No. 13-cv-01016 |
| *Maragos v. Bank of America Corporation et al.* | No. 13-cv-02297 |
| *Highlander Realty v. Citizens Bank of Massachusetts* | No. 13-cv-02343 |
| *The Federal Home Loan Mortgage Corporation v. Bank of America Corporation et al.* | No. 13-cv-03952 |
| *County of Sonoma et al. v. Bank of America Corporation et al.* | No. 13-cv-05187 |
| *San Diego Association of Governments v. Bank of America Corporation et al.* | No. 13-cv-05221 |
| *CEMA Joint Venture v. RBS Citizens, N.A. et al.* | No. 13-cv-05511 |
| *County of Sacramento v. Bank of America Corporation, et al.* | No. 13-cv-05569 |
| *City of Houston v. Bank of America Corporation et al.* | No. 13-cv-05616 |
| *The City of Philadelphia v. Bank of America Corporation et al.* | No. 13-cv-06020 |
| *Charles Schwab Corporation et al. v. Bank of America Corporation et al.* | No. 13-cv-07005 |
| *National Credit Union Administration Board v. Credit Suisse Group AG et al.* | No. 13-cv-07394 |
| *County of Mendocino v. Bank of America Corporation et al.* | No. 13-cv-08644 |
| *Darby Financial Products et al. v. Barclays Bank PLC et al.* | No. 13-cv-08799 |
| *Federal Deposit Insurance Corporation as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corporation, et al.* | No. 14-cv-01757 |
| *Bay Area Toll Authority v. Bank of America Corporation et al.* | No. 14-cv-03094 |
| *Triaxx Prime CDO 2006-1 ltd. et al. v. Bank of America Corporation et al.* | No. 14-cv-00146 |

I, Jamie S. Dycus, hereby declare as follows:

1. I am a Partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Defendant The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc) in the above-captioned matter. I submit this Declaration in accordance with Local Rule 1.4 to notify the court that WilmerHale is withdrawing as counsel for Defendants The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc), The Royal Bank of Scotland plc (n/k/a NatWest Markets plc), RBS Citizens, N.A. (f/k/a Citizens Bank of Massachusetts), and Citizens Bank, N.A. (collectively, "Defendants") because Defendants will now be represented by the law firm King & Spalding LLP.

2. David S. Lesser of King & Spalding LLP, who has appeared in this case, will continue to be counsel for Defendants.

3. WilmerHale's withdrawal will not delay the matter or prejudice any party.

4. WilmerHale is not asserting a retaining or charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 13, 2022

/s/ Jamie S. Dycus_____
Jamie S. Dycus