UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 <br><br> Master Docket No. 1:11-md-2262-NRB |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF WILMER CUTLER PICKERING HALE AND DORR LLP AND [PROPOSED] ORDER** |
| *FTC Capital GMBH et al. v. Credit Suisse Group AG et al.* | No. 11-cv-02613 |
| *Schwab Money Market Fund et al. v. Bank of America Corporation et al.* | No. 11-cv-06412 |
| *Charles Schwab Bank, N.A. et al. v. Bank of America Corporation et al.* | No. 11-cv-06411 |
| *Schwab Short-Term Bond Market Fund et al. v. Bank of America Corporation et al.* | No. 11-cv-06409 |
| *Gelboim v. Credit Suisse Group AG* | No. 12-cv-01025 |
| *The Berkshire Bank v. Bank of America Corporation et al.* | No. 12-cv-05723 |
| *33-35 Green Pond Road Associates, LLC v. Bank Of America Corporation et al.* | No. 12-cv-05822 |
| *Lieberman et al. v. Credit Suisse Group AG et al.* | No. 12-cv-06056 |
| *Courtyard at Amwell II, LLC et al. v. Bank of America Corporation et al.* | No. 12-cv-06693 |
| *Adams et al. v. Bank of America Corp. et al.* | No. 12-cv-07461 |
| *Los Angeles County Employees Retirement Association v. Bank of America Corporation et al.* | No. 13-cv-00398 |
| *Payne et al. v. Bank of America Corporation et al.* | No. 13-cv-00598 |
| *City of Riverside et al. v. Bank of America Corporation et al.* | No. 13-cv-00597 |
| *East Bay Municipal Utility District v. Bank of America Corporation et al.* | No. 13-cv-00626 |
| *County of San Mateo et al. v. Bank of America Corporation et al.* | No. 13-cv-00625 |
| *City of Richmond et al. v. Bank of America Corporation et al.* | No. 13-cv-00627 |

| | |
|---|---|
| *County of San Diego v. Bank of America Corporation et al.* | No. 13-cv-00667 |
| *Guaranty Bank & Trust Company v. Credit Suisse Group AG et al.* | No. 13-cv-00346 |
| *Earle et al.* | No. 13-cv-00407 |
| *County of Riverside v. Bank Of America Corporation et al.* | No. 13-cv-01135 |
| *SEIU Pension Plans Master Trust v. Bank Of America Corporation et al.* | No. 13-cv-01456 |
| *Direcors Financial Group v. Bank of America Corporation et al.* | No. 13-cv-01016 |
| *Maragos v. Bank of America Corporation et al.* | No. 13-cv-02297 |
| *Highlander Realty v. Citizens Bank of Massachusetts* | No. 13-cv-02343 |
| *The Federal Home Loan Mortgage Corporation v. Bank of America Corporation et al.* | No. 13-cv-03952 |
| *County of Sonoma et al. v. Bank of America Corporation et al.* | No. 13-cv-05187 |
| *San Diego Association of Governments v. Bank of America Corporation et al.* | No. 13-cv-05221 |
| *CEMA Joint Venture v. RBS Citizens, N.A. et al.* | No. 13-cv-05511 |
| *County of Sacramento v. Bank of America Corporation, et al.* | No. 13-cv-05569 |
| *City of Houston v. Bank of America Corporation et al.* | No. 13-cv-05616 |
| *The City of Philadelphia v. Bank of America Corporation et al.* | No. 13-cv-06020 |
| *Charles Schwab Corporation et al. v. Bank of America Corporation et al.* | No. 13-cv-07005 |
| *National Credit Union Administration Board v. Credit Suisse Group AG et al.* | No. 13-cv-07394 |
| *County of Mendocino v. Bank of America Corporation et al.* | No. 13-cv-08644 |
| *Darby Financial Products et al. v. Barclays Bank PLC et al.* | No. 13-cv-08799 |
| *Federal Deposit Insurance Corporation as Receiver for Amcore Bank, N.A., et al. v. Bank of America Corporation, et al.* | No. 14-cv-01757 |
| *Bay Area Toll Authority v. Bank of America Corporation et al.* | No. 14-cv-03094 |
| *Triaxx Prime CDO 2006-1 ltd. et al. v. Bank of America Corporation et al.* | No. 14-cv-00146 |

**PLEASE TAKE NOTICE** that, based on the accompanying declaration, the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") hereby withdraws as counsel of record for Defendants The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc), The Royal Bank of Scotland plc (n/k/a NatWest Markets plc), and Citizens Bank, N.A. in the above-captioned matter. In particular, the following counsel withdraw from this action and respectfully request that their names and email addresses be removed from the official docket:

- Andrea J. Robinson
- Harriet Hoder
- Michael A. Mugmon
- Alan Schoenfeld
- Jamie S. Dycus
- Fraser L. Hunter, Jr.

Dated: January 13, 2021

                                                /s/ Jamie S. Dycus
Jamie S. Dycus
WILMER HALE CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
jamie.dycus@wilmerhale.com

*Counsel for The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc).*

**SO ORDERED.**

Dated: January 14, 2022

                                                _____
The Honorable Naomi Reice Buchwald
United States District Judge