UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION<br><br>This document relates to: | No. 1:11-md-02262-NRB |
| FTC CAPITAL GMBH ET AL.,<br><br>      Plaintiff,<br> v.<br><br>CREDIT SUISSE GROUP AG ET AL.,<br><br>      Defendant. | No. 1:11-cv-02613-NRB |
| BRIAN McCORMICK and VITO SPILLONE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; CITIBANK, NA; CREDIT SUISSE GROUP, NA; DEUTSCHE BANK AG; HBOS plc; HSBC HOLDINGS PLC; J.P. MORGAN CHASE & CO.; LLOYDS BANKING GROUP PLC; RABOBANK GROUP; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; and WESTLB AG,<br><br>      Defendants. | No. 1:11-cv-05640-NRB |

## [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

  IT IS HEREBY ORDERED that the motion to withdraw Elizabeth A. Fegan as counsel for Brian McCormick and Vito Spillone is GRANTED, and Ms. Fegan's appearance is withdrawn as of the date of this Order. The Clerk is directed to remove Ms. Fegan from the CM/ECF service list for these actions.

1

SO ORDERED:

DATED: August 5, 2022

_Naomi Reice Buchwald_
Honorable Naomi R. Buchwald
United States District Judge