UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al. <br><br> Defendants. | No. 11 Civ. 2613 |

### [PROPOSED] ORDER

This Order addresses the Exchange-Based Plaintiffs' request to seal Exhibits A-1 and A-2 of the Declaration of David E. Kovel Regarding Todd Rowan's Objection to Distribution Motion, which was filed on September 28, 2023. The proposed sealed filing contains information designated as Confidential pursuant to the Amended Stipulation and Protective Order, ECF No. 1405.

The request of the Exchange-Based Plaintiffs to file certain exhibits attached to the Declaration of David E. Kovel under seal is GRANTED.

IT IS SO ORDERED

This 29th day of September, 2023
New York, New York

_____
Honorable Naomi Reice Buchwald
United States District Judge