UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al. <br><br> Defendants. | No. 11 Civ. 2613 |

### [PROPOSED] ORDER

This Order addresses the Exchange-Based Plaintiffs' request to seal Exhibit E of the Supplemental Declaration of Steven Straub in Support of the Distribution Motion, which was filed on October 12, 2023. *See* ECF No. 3770-5. The proposed sealed filing contains personal identifying information that *pro se* objector Mr. Rowan desires to remain confidential.

The request of the Exchange-Based Plaintiffs to seal Exhibit E to the Supplemental Declaration of Steven Straub in Support of the Distribution Motion is GRANTED.

IT IS SO ORDERED

This  17th  day of  October , 2023
New York, New York

_____
Honorable Naomi Reice Buchwald
United States District Judge