```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation

This Document Applies to:

    Exchange-Based Action
-----------------------------------X
```

**ORDER**

11 MD 2262 (NRB)

11 Civ. 2613 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS no class member has objected to the settlements that will be addressed at the fairness hearing scheduled for September 5, 2024 at 11:30 a.m. (the "Fairness Hearing"); and

WHEREAS the Exchange-Based Plaintiffs have filed written submissions regarding the fairness, reasonableness, and adequacy of those settlements, it is therefore

**Ordered** that the Court will hold the Fairness Hearing telephonically. Chambers will post dial-in instructions on the MDL and Exchange-Based Action dockets on the morning of September 5, 2024.

Dated:   August 19, 2024
         New York, New York

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE