UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: | |
| METZLER INVESTMENT GmbH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | No. 11 Civ. 2613 |

**ORDER APPROVING EXCHANGE-BASED PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

This matter comes before the Court by way of Exchange-Based Plaintiffs' Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the "Fee and Expense Application"), filed August 1, 2024, in the above-captioned action (the "Action"). The Court, having reviewed and considered the Fee and Expense Application and all papers in support thereof, all papers filed, and proceedings held herein in connection with the Settlement between Exchange-Based Plaintiffs[1] and Settling Defendants,[2] and the record in the Action, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Court-appointed interim co-lead class counsel Kirby McInerney LLP and Lovell Stewart Halebian Jacobson LLP ("Settlement Class Counsel") for the Exchange-Based Plaintiffs are hereby awarded 30% of the remainder of the Settlement Funds[3] minus the amount of litigation expenses reimbursed, for their attorneys' fees, which sum the Court finds to be fair and reasonable. The fee award shall be paid from the Settlement Fund created by the Settlement between Exchange-Based Plaintiffs and the Settling Defendants.

2. Settlement Class Counsel are hereby awarded $135,349.19 for reimbursement of litigation expenses, which expenses the Court finds to have been reasonably incurred in the

---

[1] "Exchange-Based Plaintiffs" or "Plaintiffs" are Metzler Asset Management GmbH (f/k/a Metzler Investment GmbH), FTC Futures Fund SICAV, FTC Futures Fund PCC Ltd., Atlantic Trading USA, LLC, 303030 Trading LLC, Gary Francis, and Nathanial Haynes. Unless otherwise defined herein, all capitalized terms have the same meaning as set out in the Stipulation and Agreement of Settlement with the Settling Defendants Credit Suisse, Lloyds, NatWest, Portigon, RBC, Rabobank, Norinchukin, MUFG, and UBS entered into on April 8, 2024 (the "Settlement Agreement"). See ECF No. 4011-1. All references to "ECF No." herein refer to documents in the docket of the MDL Action, 11 MDL 2262 (NRB) unless otherwise specified.

[2] "Settling Defendants" refers to: (i) Credit Suisse AG; (ii) Lloyds Bank plc and Bank of Scotland plc; (iii) NatWest Markets plc (f/k/a The Royal Bank of Scotland plc); (iv) Portigon AG (f/k/a WestLB) and Westdeutsche Immobilienbank AG (n/k/a Westdeutsche Immobilien Servicing AG); (v) Royal Bank of Canada and RBC Capital Markets, LLC; (vi) Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.); (vii) The Norinchukin Bank; (viii) MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.); and (ix) UBS AG. Credit Suisse AG merged with and into UBS AG and ceases to exist.

[3] "Settlement Funds" collectively refer to the $3,450,000 settlement agreed to by the Settling Defendants.

prosecution and settlement of this Action. The foregoing expense award shall be paid from the Settlement Fund created by the Settlement between Exchange-Based Plaintiffs and Settling Defendants.

3. The foregoing amounts shall be paid to Settlement Class Counsel from the Settlement Fund pursuant to the terms, conditions, and obligations of the Settlement Agreement, which terms, conditions, and obligations are incorporated herein. Settlement Class Counsel may make payments of fees and expenses to counsel for other plaintiffs as Settlement Class Counsel deems appropriate based on their relative contribution to the prosecution and resolution of the Action.

IT IS SO ORDERED.

Dated: September 5, 2024
       New York, New York

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE